FILED

03/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0122



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0122

RESERVATION OPERATIONS
CENTER, LLC, a Montana Limited
Liability
Company, d/b/a NATIONAL PARKS
RESERVATIONS,

       Plaintiff, Appellant and
Cross-Appellee,

    v.

PAYNE FINANCIAL GROUP, INC., a
Montana Corporation; PAYNEWEST
INSURANCE, INC., a Montana
Corporation; STATE OF MONTANA
COMMISSIONER OF SECURITIES AND
INSURANCE,

       Defendants, Appellees and
Cross-Appellant.

ORDER OF MEDIATOR APPOINTMENT

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **Peter Francis Carroll,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this March 22, 2024.

Bowen Greenwood, Clerk of the Supreme Court

c:      Scott M. Stearns, Thomas J. Leonard, Carey Schmidt, David C. Berkoff, Maxon R. Davis, Peter Francis Carroll